**248-16**

# ELECTRONIC RECORD

COA # 04-14-00181-CR    OFFENSE: MURDER

STYLE: MICHAEL A. RIVAS V. STATE  COUNTY: MEDINA

COA DISPOSITION: AFFIRMED AS REFORMED    TRIAL COURT: 38TH

DATE:2/03/2016    Publish: YES CASE #: 12-04-10954-CR

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»    CCA #: _____

__APPELLANT'S__ Petition    CCA Disposition: **248-16**

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_REFUSED,_    JUDGE: _____

DATE: _05/04/2016_    SIGNED: _____  PC: _____

JUDGE: _____    PUBLISH: _____  DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____